IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANDREW S. ADAMS | * | |
| Plaintiff | * | State Court Case No. 02-C-11-163-458 IT |
| v. | * | U.S.D.C. Case No. _____ |
| ANNE ARUNDEL COUNTY PUBLIC SCHOOLS | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant, by undersigned counsel, and pursuant to 28 U.S.C. §§ 1441-1447, as amended, hereby gives notice of its removal of the above-referenced case and further states:

1. This action was commenced in the Circuit Court for Anne Arundel County, Maryland, through the filing of the Complaint. The Complaint was received by Defendant Anne Arundel County Public Schools for Anne Arundel County, on September 7, 2011. In accordance with Local Rule 103.5, Defendant certifies that the submission herewith includes copies of all process, pleadings, orders and other papers served by Plaintiff on Defendant. Defendant will submit copies of all other documents in the Circuit Court file within 30 days after this instant filing.

2. The grounds for removal are: that the United States District Court has original jurisdiction over claims set forth in the Complaint including claims alleging discrimination under Title VII of the Civil Rights Act, 42 U.S.C. 2000e *et seq.* and 42 U.S.C. 1983.

**WHEREFORE**, the Defendant, Anne Arundel County Public Schools of Anne Arundel County, Maryland, gives notice:

a. That the above-captioned case has been removed from the Circuit Court for Anne Arundel County, Maryland, to the United States District Court for the District of Maryland; and

b. That the Circuit Court for Anne Arundel County, Maryland shall proceed no further in the case unless and until the case is remanded.

Respectfully submitted,

JONATHAN A. HODGSON
County Attorney

_____
William C. Dickerson
Senior Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
Ph (410) 222-7888
Fax (410) 222-7832
Maryland Federal Bar No. 10791
wdickerson@aacounty.org
*Attorney for Defendant*
*Anne Arundel County Public Schools*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 7th day of October, 2011, that I caused a copy of the foregoing Notice of Removal to be mailed first class postage pre-paid to:

>Joyce E. Smithey, Esquire
>Rifkin, Livingston, Levitan & Silver, LLC
>225 Duke of Gloucester Street
>Annapolis, Maryland 21401
>*Attorney for Plaintiff*

The foregoing notice will also be hand-delivered on this 7th day of October, 2011 to the Clerk of the Circuit Court for Anne Arundel County, Maryland, 7 Church Circle, Annapolis, Maryland, 21401.

_____
William C. Dickerson