```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

ANDREW S. ADAMS                 *

          Plaintiff             *

     vs.                        *   CIVIL ACTION NO. MJG-11-2876

ANNE ARUNDEL COUNTY PUBLIC      *
SCHOOLS
          Defendant             *

*    *    *    *    *    *    *    *    *
```

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendant summary judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Anne Arundel County Public Schools against Plaintiff Andrew S. Adams dismissing all claims with prejudice with assessable costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Tuesday, June 3, 2014.

```
                          _____/s/_____
                           Marvin J. Garbis
                         United States District Judge
```