IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANDREW S. ADAMS | * | |
| Plaintiff | * | |
| v. | * | Case No. MJG 11-2876 |
| ANNE ARUNDEL COUNTY PUBLIC SCHOOLS | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \*

## ITEMIZED BILL OF COSTS, MEMORANDUM AND AFFIDAVIT

Comes now the Defendant, Anne Arundel County Public Schools[1], through undersigned counsel and pursuant to Rule 54 of the Federal Rules of Civil Procedure, and moves this Honorable Court for an order awarding it costs against Plaintiff Andrew S. Adams, as itemized below, as a result of the judgment of the Court entered June 3. 2014. In support thereof, the Defendant states:

### I. BACKGROUND

Plaintiff Adams filed suit against the Defendant in the Circuit Court for Anne Arundel County alleging, among other counts, employment discrimination in violation of Title VII of the Civil Rights Act of 1964. On October 7, 2011, the Defendant removed this action from the Circuit Court to the United States District Court for the District of Maryland. On June 3, 2014, an order was entered granting the County's Motion for Summary Judgment as to all counts. It is well established that a prevailing party is entitled to an award of costs. Fed. R. Civ. P. 54(d)(1).

---

[1] The proper name of the Defendant is the Board of Education of Anne Arundel County.

{00140156.DOC; 1}   Page 1

## II. COSTS

### A. Fees of the Clerk

The Defendant removed this action from the Circuit Court for Anne Arundel County and was required to pay a $350 filing fee. Such a payment is recoverable as costs pursuant to 28 U.S.C. §1920(a).

### B. Deposition Costs

The following fees are for all or any part of transcripts necessarily obtained for use in the case. Fees associated with depositions are specifically allowed pursuant to 28 USC § 1920(2).

All transcripts were reasonably necessary in the Defendant's preparation of its case. The only depositions noted by the Defendant were those of the opposing party, Plaintiff Adams, and his expert witness. He provided a Rule 26(a)(2)(B) disclosure that Lawrence Adler, MD would testify to his diagnosis and treatment and included a brief report of his opinions. *See* Exhibit 1. It was necessary to depose Dr. Adler to obtain information regarding the statements made by the Plaintiff to him and learn the details of his diagnosis. The Plaintiff noted the remaining depositions. The copies of deposition transcripts noted by Plaintiff were essential in the preparation of the defense.

The County cited to and attached excerpts from deposition transcripts of two witnesses in either its Motion for Summary Judgment and/or its Reply to Plaintiff's Opposition to Motion for Summary Judgment. Specifically, the witnesses were: Plaintiff Adams and Arlen Liverman.

The deposition fees are broken down by witness, deposition date, number of pages and cost. **Copies of all invoices are attached as Exhibit 2.**

| Witness | Depo date | No. of Pages | Cost |
| --- | --- | --- | --- |
| Lawrence Adler, MD | 8/9/2013 | 62 | $264.62 |
| Andrew Adams | 8/22/2013 | 164 | $606.12 |
| Sara Eger | 8/6/2013 | 76 | $586.29 |
| JoLynn Davis | 8/6/2013 | 84 | See above[2] |
| Reginald Farrare | 8/7/2013 | 134 | $471.94 |
| Rotunda Cooper | 8/21/2013 | 44 | $175.00 |
| Deanna Natarian | 8/19/2013 | 46 | $165.00 |
| Arlen Liverman | 8/29/2013 | 152 | $503.23 |

Total cost for deposition transcripts expended was $2,772.20.

### III. CONCLUSION

The total amount of costs incurred by the Defendant in defending this matter and which is the subject of this instant motion **is $3,122.20**. This includes $350 as fees of the clerk and $2,772.20 charged for deposition transcripts. All of these costs are authorized pursuant to F.R.C.P. 54(d)(1) and 28 U.C.S. §1920(1) and (2).

**WHEREFORE**, the Defendants respectfully pray that this Honorable Court tax costs in the amount of **$3,122.20** and include these costs in the judgment against Plaintiff Adams and for such further or other relief as the Court may grant in the interest of justice.

Respectfully submitted,

___/s/_____
Jay H. Creech
Senior Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
Trial Bar No. 00839
*Attorney for Defendant*
*Anne Arundel County Public Schools*

---

[2] Billed together with Sara Eger.

{00140156.DOC; 1}          Page 3

## AFFIDAVIT

I declare under penalty of perjury that the forgoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

_____
Jay H. Creech

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of June, 2014, a copy of the foregoing motion was sent via ECF to:

Joyce E. Smithey, Esquire
Rifkin Weiner Livingston Levitan & Silver LLC
225 Duke of Gloucester Street
Annapolis, Maryland  21401

___/s/_____
Jay H. Creech