```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

ANDREW S. ADAMS                 *

        Plaintiff      *

        vs.            *    CIVIL ACTION NO. MJG-11-2876

ANNE ARUNDEL COUNTY PUBLIC      *
SCHOOLS
        Defendant      *

*    *    *    *    *    *    *    *    *

## MEMORANDUM AND ORDER RE: STAY MOTION

The Court has before it Plaintiff's Motion to Stay Execution of the Judgment Awarding Costs [Document 66] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

In the Judgment, the Court awarded costs to Defendant. Plaintiff agrees that the amount of costs sought by Defendant is appropriate and reasonable. [Document 66] at 2. However, Plaintiff has appealed and seeks reversal of the Judgment. Moreover, Plaintiff states that he may assert issues regarding his liability for costs.

Counsel for Defendant has stated that he "informed [Plaintiff's] counsel that, should costs be awarded, [the Defendant] would not seek to enforce or collect the award before the appeal of this matter is finalized." [Document 67] at 2.

Under the circumstances, the Court shall not delay the award of costs and the issuance of an Order relating thereto. Moreover, the Court accepts the representation of Defendant's counsel as a binding commitment.

For the foregoing reasons:

1. Plaintiff's Motion to Stay Execution of the Judgment Awarding Costs [Document 66] is DENIED.

2. Defendant shall abide by its commitment to refrain from enforcement or collection of the cost award until appellate proceedings are concluded.

SO ORDERED, on Thursday, August 14, 2014.

_____/s/_____<br>
Marvin J. Garbis<br>
United States District Judge