IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANDREW S. ADAMS | * | |
|    Plaintiff | * | |
| v. | * | Case No.  MJG 11-2876 |
| ANNE ARUNDEL COUNTY PUBLIC SCHOOLS | * | |
| | * | |
|    Defendant | | |

\*   \*   \*   \*   \*   \*   \*

## LINE OF SATISFACTION

Madam Clerk:

    Please note that the Clerk's Order Taxing Costs in the amount of $3,092.96 (docket 72), has been paid in full and is satisfied.

Respectfully submitted,

NANCY McCUTCHAN DUDEN
County Attorney

\_\_/s/_____
Jay H. Creech
Senior Assistant County Attorney
Anne Arundel County Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888
Federal Bar Number 00839
*Attorney for Defendant*
*Anne Arundel County Public Schools*

{00164240.DOC; 1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 21st day of September, 2015, a copy of the foregoing line was sent via ECF to:

Joyce E. Smithey, Esquire
Russell Gray, Esquire
Rifkin Weiner Livingston Levitan & Silver LLC
225 Duke of Gloucester Street
Annapolis, Maryland   21401

\_\_\_/s/_____
Jay H. Creech